Island Life Chiropractic Pain Care, PLLC v Zipcar (2021 NY Slip Op
50845(U))

[*1]

Island Life Chiropractic Pain Care, PLLC v Zipcar

2021 NY Slip Op 50845(U) [72 Misc 3d 142(A)]

Decided on August 27, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 27, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2019-1225 K C

Island Life Chiropractic Pain Care, PLLC,
as Assignee of Henry, Robert Eugene, Respondent,
against
ZipCar, Appellant. 

Rubin, Fiorella, Friedman & Mercante LLP (Deena Khalifa of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Lorna J.
McAllister, J.), entered January 24, 2019. The order granted plaintiff's motion to dismiss
defendant's affirmative defenses.

ORDERED that the order is reversed, with $30 costs, and plaintiff's motion to dismiss
defendant's affirmative defenses is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court which granted plaintiff's motion, pursuant to CPLR
3211 (b), to dismiss defendant's affirmative defenses with prejudice.
For the reasons stated in Island Life Chiropractic Pain Care, PLLC, as Assignee of
Hutchinson, Aaron v ZipCar (___ Misc 3d ___, 2021 NY Slip Op ____ [appeal No.
2019-711 K C], decided herewith), the order is reversed and plaintiff's motion to dismiss
defendant's affirmative defenses is denied.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 27, 2021